WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00415-KJD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A ~~PROPOSED~~ DISCOVERY PLAN** <br><br> **(First Request)** |

Plaintiff, Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP ("BANA") and Defendant, North American Title Insurance Company ("NATIC"), by and through their undersigned counsel, stipulate and agree as follows:

1. On March 9, 2021, BANA filed its Complaint in Eighth Judicial District Court, Case No. A-21-830782-C [ECF No. 1-1];

2. On March 11, 2021, NATIC filed a Petition for Removal to this Court [ECF No. 1];

3. On November 8, 2022, the Parties filed a Joint Status Report advising the Court that the Parties attended a private mediation on September 29, 2022, which did not result in settlement. The Parties requested thirty (30) days to submit their proposed discovery plan [ECF No. 14];

4. BANA's counsel has been unavailable due to a recent Ninth Circuit oral argument and in light of the upcoming holidays, the Parties are requesting an additional thirty-two (32) days, through and including January 9, 2023, to file their proposed discovery plan;

5. Counsel for NATIC does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 8th day of December, 2022.          DATED this 8th day of December, 2022.

WRIGHT, FINLAY & ZAK, LLP                        SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon, Esq.*                      */s/ Kevin S. Sinclair, Esq.*
Lindsay D. Dragon, Esq.                           Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                              Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                    16501 Ventura Blvd, Suite 400
Las Vegas, Nevada 89117                           Encino, California 91436
*Attorneys for Plaintiff, Bank of America,*        *Attorneys for Defendant, North American*
*N.A. as Successor by Merger to BAC Home*          *Title Insurance Company*
*Loans Servicing, LP*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____
            12-9-2022