Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>             Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 2:21-cv-00415-KJD-VCF<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 32)**<br><br>**(FIRST REQUEST)** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1.     On March 17, 2023, North American filed its motion to dismiss BANA's complaint (ECF No. 28);

2.     On March 31, 2023, BANA filed a response to North American's motion to dismiss and filed a countermotion for partial summary (ECF Nos. 31, 32);

3.     North American requests a thirty-one (31) day extension of its deadline to reply in support of its motion to dismiss and a seventeen (17) day extension of its deadline to oppose BANA's countermotion for partial summary judgment, such that both filings shall be due on

1  Monday, May 8, 2023, to afford North American additional time to respond to the legal

2  arguments set forth in BANA's response and countermotion;

3      4.    BANA does not oppose the requested extension;

4      5.    This is the first request for an extension which is made in good faith and not for

5  purposes of delay;

6      **IT IS SO STIPULATED** that North American's deadline to reply in support of its motion

7  to dismiss and oppose BANA's countermotion for partial summary judgment is hereby extended

8  through and including May 8, 2023.

9  Dated:  April 4, 2023        SINCLAIR BRAUN KARGHER LLP

10         By:  /s/-Kevin S. Sinclair
        KEVIN S. SINCLAIR
11         Attorneys for Defendant
        NORTH AMERICAN TITLE INSURANCE
12         COMPANY

13 Dated:  April 4, 2023        WRIGHT FINLAY & ZAK, LLP

14         By:  /s/-Lindsay D. Dragon
        LINDSAY D. DRAGON
15         Attorneys for Plaintiff
        BANK OF AMERICA, N.A.
16

17 **IT IS SO ORDERED.**

18     Dated this 5th day of April, 2023.

19

20                 KENT J. DAWSON
                UNITED STATES DISTRICT JUDGE



**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY AND OPPOSE**