Kevin S. Sinclair, NV Bar No. 12277
ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00415-KJD-VCF <br><br> **STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY AND OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NOS. 28 AND 32)** <br><br> **(THIRD REQUEST)** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On March 17, 2023, North American filed its motion to dismiss BANA's complaint (ECF No. 28);

2. On March 31, 2023, BANA filed a response to North American's motion to dismiss and filed a countermotion for partial summary (ECF Nos. 31, 32);

3. On May 3, 2023, the Court granted the Parties' second stipulation to extend the deadlines for North American to reply in support of its motion to dismiss and oppose BANA's countermotion for partial summary judgment (ECF No. 36);



4. North American requests a thirty (30) day extension of its deadline to reply in support of its motion to dismiss and to oppose BANA's countermotion for partial summary judgment, through and including Friday, July 7, 2023, to afford North American additional time to respond to the legal arguments set forth in BANA's response and countermotion;

5. BANA does not oppose the requested extension;

6. This is the third request for an extension which is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to reply in support of its motion to dismiss and oppose BANA's countermotion for partial summary judgment is hereby extended through and including July 7, 2023.

Dated: June 3, 2023          SINCLAIR BRAUN KARGHER LLP

                             By: /s/-Kevin S. Sinclair
                                 KEVIN S. SINCLAIR
                                 Attorneys for Defendant
                                 NORTH AMERICAN TITLE INSURANCE
                                 COMPANY

Dated: June 5, 2023          WRIGHT FINLAY & ZAK, LLP

                             By: /s/-Lindsay D. Dragon
                                 LINDSAY D. DRAGON
                                 Attorneys for Plaintiff
                                 BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2023.

                             _____
                             KENT J. DAWSON
                             UNITED STATES DISTRICT JUDGE

