Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>            Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 2:21-cv-00415-KJD-VCF<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 28), OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 32), AND FILE REPLY IN SUPPORT OF COUNTERMOTION (ECF NO. 32)**<br><br>**(FOURTH REQUEST)** |

Defendant North American Title Insurance Company ("North American") and plaintiff Bank of America, N.A. ("BANA") hereby agree and stipulate as follows:

1. On March 17, 2023, North American filed its motion to dismiss BANA's complaint (ECF No. 28);

2. On March 31, 2023, BANA filed a response to North American's motion to dismiss and filed a countermotion for partial summary (ECF Nos. 31, 32);

3. On June 6, 2023, the Court granted the Parties' third stipulation to extend the deadlines for North American to reply in support of its motion to dismiss and oppose BANA's countermotion for partial summary judgment (ECF No. 38);

4.  North American requests a two-week (14-day) extension of its deadline to reply in support of its motion to dismiss and to oppose BANA's countermotion for partial summary judgment, through and including Friday, July 21, 2023, to afford North American additional time to respond to the legal arguments set forth in BANA's response and countermotion, as well as to account for unavailability due to the upcoming holiday;

5.  BANA requests a two-week (14-day) extension of its deadline to reply in support of its countermotion, such that BANA's brief would be due 28 days after the filing of North American's opposition and reply.

6.  Neither North American nor BANA oppose the requested extensions;

7.  This is the fourth request for an extension by North American and the first request for an extension by BANA, both made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to reply in support of its motion to dismiss and oppose BANA's countermotion for partial summary judgment is hereby extended through and including July 21, 2023, and BANA's deadline to reply in support of its countermotion is due 28 days after the filing of North American's opposition and reply.

Dated:  July 5, 2023                                        SINCLAIR BRAUN LLP

                                                            By:  /s/-Kevin S. Sinclair
                                                                 KEVIN S. SINCLAIR
                                                                 Attorneys for Defendant
                                                                 NORTH AMERICAN TITLE INSURANCE
                                                                 COMPANY

Dated:  July 5, 2023                                        WRIGHT FINLAY & ZAK, LLP

                                                            By:  /s/-Darren T. Brenner
                                                                 DARREN T. BRENNER
                                                                 Attorneys for Plaintiff
                                                                 BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this  7th  day of  July , 2023.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE



2
**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY AND OPPOSE**