Kevin S. Sinclair, NV Bar No. 12277
ksinclair@sinclairbraun.com
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-00415-KJD-VCF<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 28), OPPOSE COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 32), AND FILE REPLY IN SUPPORT OF COUNTERMOTION (ECF NO. 32)**<br><br>**(FIFTH REQUEST)** |

　　　　Defendant North American Title Insurance Company ("North American") and plaintiff Bank of America, N.A. ("BANA") hereby agree and stipulate as follows:

　　　　1.　　On March 17, 2023, North American filed its motion to dismiss BANA's complaint (ECF No. 28);

　　　　2.　　On March 31, 2023, BANA filed a response to North American's motion to dismiss and filed a countermotion for partial summary (ECF Nos. 31, 32);

　　　　3.　　On July 6, 2023, the Court granted the Parties' fourth stipulation to extend the deadlines for North American to reply in support of its motion to dismiss and oppose BANA's countermotion for partial summary judgment (ECF No. 39);

4. North American requests a one-week (7-day) extension of its deadline to reply in support of its motion to dismiss and to oppose BANA's countermotion for partial summary judgment, through and including Friday, July 28, 2023, to afford North American additional time to respond to the legal arguments set forth in BANA's response and countermotion;

5. Neither North American nor BANA oppose the requested extension;

6. This is the fifth request for an extension by North American, and it is made in good faith and not for purposes of delay;

**IT IS SO STIPULATED** that North American's deadline to reply in support of its motion to dismiss and oppose BANA's countermotion for partial summary judgment is hereby extended through and including July 28, 2023.

Dated:  July 21, 2023                     SINCLAIR BRAUN LLP

                                          By:  /s/-Kevin S. Sinclair
                                          KEVIN S. SINCLAIR
                                          Attorneys for Defendant
                                          NORTH AMERICAN TITLE INSURANCE
                                          COMPANY

Dated:  July 21, 2023                     WRIGHT FINLAY & ZAK, LLP

                                          By:  /s/-Lindsay D. Dragon
                                          LINDSAY D. DRAGON
                                          Attorneys for Plaintiff
                                          BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

   Dated this  27th  day of  July , 2023.

                                          _____
                                          KENT J. DAWSON
                                          UNITED STATES DISTRICT JUDGE

