1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Lindsay D. Dragon, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  dbrenner@wrightlegal.net
   ldragon@wrightlegal.net
7  *Attorneys for Plaintiff, Bank of America, N.A.*

8                   **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**

10  BANK OF AMERICA, N.A.,                    Case No.: 2:21-cv-00415-KJD-VCF
11                 Plaintiff,
                                              **STIPULATION AND ORDER TO**
12        vs.                                 **EXTEND TIME TO FILE REPLY IN**
                                              **SUPPORT OF COUNTERMOTION FOR**
13  NORTH AMERICAN TITLE INSURANCE            **SUMMARY JUDGMENT [ECF No. 32]**
    COMPANY; DOE INDIVIDUALS I through
14  X; and ROE CORPORATIONS XI through        **(First Request)**
15  XX, inclusive,

16                 Defendants.

17         Pending before the Court is Plaintiff, Bank of America, N.A.'s ("BANA") Countermotion
18  for Summary Judgment [ECF No. 32] filed on March 31, 2023. Defendant, North American Title
19  Insurance Company ("NATIC") filed its Opposition on July 28, 2023 [ECF No. 44]. BANA's
20  reply is currently due on August 11, 2023. BANA requests a brief, one-week extension to August
21  18, 2023, for its reply deadline in order to review and respond to the points and authorities cited
22  to in NATIC's Opposition. NATIC does not oppose the request for an extension.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Page 1 of 2

1 | Accordingly, the Parties stipulate and agree to a one-week extension of time for BANA's Reply
2 | through and including August 18, 2023.

3      **IT IS SO STIPULATED.**

4   DATED this 8th day of August, 2023.     DATED this 8th day of August, 2023.

5   WRIGHT, FINLAY & ZAK, LLP         SINCLAIR BRAUN LLP

7   */s/ Lindsay D. Dragon, Esq.*          */s/ Kevin S. Sinclair, Esq.*
8   Lindsay D. Dragon, Esq.            Kevin S. Sinclair, Esq.
   Nevada Bar No. 13474              Nevada Bar No. 12277
9   7785 W. Sahara Ave., Suite 200       16501 Ventura Blvd, Suite 400
   Las Vegas, NV 89117               Encino, California 91436
10  *Attorneys for Plaintiff*               *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this 10th day of August, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE