WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:21-cv-00415-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT [ECF No. 32]** |
| NORTH AMERICAN TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| | **(Second Request)** |
| Defendants. | |

   Pending before the Court is Plaintiff, Bank of America, N.A.'s ("BANA") Countermotion for Summary Judgment [ECF No. 32] filed on March 31, 2023.  Defendant, North American Title Insurance Company ("NATIC") filed its Opposition on July 28, 2023 [ECF No. 44].  BANA's reply is currently due on August 18, 2023 [ECF No. 46].  BANA requests a brief, two-week extension until September 1, 2023 for its reply deadline as additional time is needed for BANA's counsel to review and respond to the points and authorities cited in NATIC's Opposition. NATIC does not oppose the request for an extension.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Accordingly, the Parties stipulate and agree to a two-week extension of time for BANA's reply,
2  through and including September 1, 2023.  This is BANA's second request for an extension of
3  time to file its reply brief, which is not intended to cause delay or any undue prejudice to the
4  Parties.

5     **IT IS SO STIPULATED.**

6     DATED this 15th day of August, 2023.        DATED this 15th day of August, 2023.

7     WRIGHT, FINLAY & ZAK, LLP                   SINCLAIR BRAUN LLP

9     */s/ Lindsay D. Dragon, Esq.*                */s/ Kevin S. Sinclair, Esq.*
      Lindsay D. Dragon, Esq.                      Kevin S. Sinclair, Esq.
10    Nevada Bar No. 13474                         Nevada Bar No. 12277
      7785 W. Sahara Ave., Suite 200               16501 Ventura Blvd, Suite 400
11    Las Vegas, NV 89117                          Encino, California 91436
12    *Attorneys for Plaintiff*                    *Attorneys for Defendants*

**IT IS SO ORDERED.**

   Dated this  21st  day of    August   , 2023.

                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE