Kevin S. Sinclair, NV Bar No. 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-00415-KJD-VCF <br><br> **STIPULATION AND ORDER TO STAY CASE** |

COMES NOW defendant North American Title Insurance Company ("North American") and plaintiff Bank of America, N.A. ("BANA"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

**WHEREAS** this is one of over 100 title insurance coverage disputes pending before the courts within the state of Nevada following an HOA foreclosure sale. Virtually all of these actions concern the form ALTA 1992 or ALTA 2006 loan policy of title insurance, along with the CLTA 100/ATLA 9 endorsement and potentially a CLTA 115.2/ATLA 5 or CLTA 115.1/ALTA 4 endorsement;

**WHEREAS** on October 12, 2023, the Nevada Supreme Court issued its unanimous decision in *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court



1
**STIPULATION AND ORDER TO STAY CASE**

1  Case No. 84161 ("*Deutsche Bank*") and on that same day issued an unpublished decision
2  affirming the District Court's decision in *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada
3  Supreme Court Case No. 83737 ("*PennyMac*");

4      **WHEREAS** on October 30, 2023, the appellant in the *Deutsche Bank* matter filed a
5  petition for rehearing;

6      **WHEREAS** the Parties acknowledge that the Nevada Supreme Court's decision in the
7  Appeals touches upon issues of interpretation of the form policy and endorsements which
8  potentially affect the disposition of this action, as the Appeals involve the interpretation of the
9  same form policy and endorsements as are at issue here;

10     **WHEREAS** the Parties believe that that a stay in the instant action will best serve the
11 interests of judicial economy while the Parties consider how the decision in *Deutsche Bank* and
12 the potential disposition of the petition for rehearing affect the instant action. To that end, the
13 Parties request that the Court stay this action until the remittiturs in the Appeals issue. BANA
14 shall submit a joint status report to the court within fourteen (14) days of the issuance of the
15 remittiturs in the *Deutsche Bank* appeal.

16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //



**NOW THEREFORE**, the parties stipulate and agree as follows, subject to the approval of the District Court:

1. This case shall be **STAYED** pending the issuance of the remittiturs in the *Deutsche Bank* appeal;
2. All deadlines currently set in this case and the scheduling order currently in effect in this case are hereby **VACATED**;
3. BANA shall submit a joint status report within fourteen (14) days of the issuance of the remittitur in the *Deutsche Bank* appeal.

Dated: November 2, 2023     SINCLAIR BRAUN KARGHER LLP

By:   */s/-Kevin S. Sinclair*
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    NORTH AMERICAN TITLE INSURANCE
    COMPANY

Dated: November 2, 2023     WRIGHT FINLEY & ZAK

By:   */s/-Darren T. Brenner*
    DARREN T. BRENNER
    Attorneys for Plaintiff
    BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

Dated this __21st__ day of __November__, 2023.

_____
HON. KENT J. DAWSON
DISTRICT COURT JUDGE



3
**STIPULATION AND ORDER TO STAY CASE**